# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS E. ZYSK,** | CIVIL ACTION |
| **Plaintiff,** | |
| v. | |
| **THERM-OMEGA-TECH, INC.,** | NO. 23-144 |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 27th day of September, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 38) and all responses thereto, it is hereby **ORDERED** that the Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.